IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONNIE JEAN RANKIN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SHERATON ATLANTA HOTEL,<br><br>　　Defendant. | CIVIL ACTION FILE<br>NO. 1:11-CV-3975-TWT |

### ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of January, 2012.

　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　United States District Judge

T:\ORDERS\11\Rankin\r&r.wpd