IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CONNIE JEAN RANKIN,

    Plaintiff,

    v.

SHERATON ATLANTA HOTEL,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3975-TWT

## ORDER

This is a pro se Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of January, 2012.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge